

January 28, 2016

**FILED ON ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

    Re:    *U.S. Commodity Futures Trading Commission v. Gary Creagh and Wall Street Pirate Management, LLC.*, **1:15-cv-6140 – Letter to extend time to respond to Complaint**

Dear Judge Oetken:

    We represent Gary Creagh and Wall Street Pirate Management LLC and write on behalf of all parties in the above-referenced matter to provide a status update as ordered by the Court in the December 18, 2015 Case Management Plan and Scheduling Order (the "Scheduling Order").

    As mentioned during the initial case status conference, the parties have discussed entering into a consent order regarding liability in this matter. The parties are still negotiating the proposed consent order and anticipate a resolution by the end of February.

    The Scheduling Order also indicated the parties' willingness to utilize the District's Mediation Program. The parties have conferred and are available March 1, 2016 through March 11, 2016 for such a mediation.

    Please contact me if the Court requires additional information at this time.

    Respectfully submitted,

    Joseph P. Allgor

cc:    Timothy J. Mulreany (via ECF)

1065 Avenue of the Americas • 27th Floor • New York, New York 10018
T (212) 897-5410 • F (646) 558-0239
www.herskovitslaw.com